

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00046-CR

| | | |
|---|---|---|
| ADAN CHAVEZ, Appellant | § | On Appeal from the 89th District Court |
| | § | of Wichita County (DC89-CR2023-0003) |
| V. | § | June 15, 2023 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order denying habeas relief is reversed, and this case is remanded to the trial court to set a reasonable bail and to determine what bail conditions should be imposed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth